IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| SILAS MARTIN, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 3:15cv307-MHT |
| | ) | (WO) |
| AUBURN POLICE DEPARTMENT, | ) | |
| et al., | ) | |
| | ) | |
|     Defendants. | ) | |

JUDGMENT

In accordance with the memorandum opinion entered on this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 9) is adopted.

(2) The case is dismissed with prejudice to the extent the claims presented in the complaint are barred by the statute of limitations and without prejudice as to those claims challenging the constitutionality of the plaintiff's state criminal conviction.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 30th day of June, 2015.

                                /s/ Myron H. Thompson
                           UNITED STATES DISTRICT JUDGE